BEFORE THE SECOND DIVISION, MARCH 10, 1949

No. 52924.—Irving Trust Co. et al. v. United States, protests 636188–G, etc. (New York).

Opinion by TILSON, J.   It was stipulated that certain items of the merchandise consist of hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those involved in Caradine Hat Co. v. United States (9 Cust. Ct. 69, C. D. 664).   Accepting this stipulation as a statement of fact, the hats imported or withdrawn for consumption prior to the effective date of T. D. 48075 were held dutiable at 25 percent under paragraph 1504 (b) (5), and those items imported or withdrawn from warehouse subsequent to that date were held dutiable at 12½ percent under said paragraph.

BEFORE THE THIRD DIVISION, MARCH 11, 1949

No. 52925.—Dailey, Dailey & Lesh, by George S. Dailey, attorneys for Louis R. Sereinsky doing business as American Cellulose Co. v. United States, petition 6592–R (Indianapolis).

Opinion by CLINE, J.   After careful consideration of the evidence in this case, the court was of opinion that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.